IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



'JUL 1 8 2006

| | | |
|---|---|---|
| MARIA GLORIA SERRATO AND GILBERTO SANCHEZ SERRATO, Individually and As Representative of the Estate of Roberto Serrato, Deceased, and On Behalf of all of Those Entitled to Recover for Death of Roberto Serrato, Deceased, Under the Texas Wrongful Death Act, <br><br>AND<br><br>GUADALUPE SERRATO AND RAMIRO SERRATO, Individually and As Next Friend of Brandon Serrato, Ramiro Randu Serrato, Victoria Brittany Serrato, Bridgette Annalee Serrato, Saul Esteban Serrato, and Roberto Serrato, Minor Children<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF HARLINGEN, TEXAS, and OFFICER RANDY REYNA, Individually and in his Official Capacity,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-05-323 |

## OPINION & ORDER

BE IT REMEMBERED that on July 18, 2006, the Court **GRANTED** Plaintiffs' Motion for Leave to File Amended Complaint. Dkt. No. 35.

The Court finds that the interests of justice will be served by granting Plaintiffs' motion. Therefore, the Plaintiffs' First Amended Complaint will be the operative

pleading in this case.  Dkt. No. 36.

    DONE at Brownsville, Texas, this _18_ day of July, 2006.

                                                                  _____

                                                                  Hilda G. Tagle

                                                                  United States District Judge